

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2014

No. 04-14-00510-CV

**EX PARTE MARK VILLAREAL**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04491
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellant Mark Villarreal seeks to appeal the denial of his petition for expunction. Although the reporter's record reflects that the trial court orally denied the petition at the conclusion of a hearing on June 5, 2014, it appears that a final order or judgment has not been signed by the trial court. The trial court clerk has filed a notification of late record stating that it is unable to file the record because a final order has not been signed.

Absent a written appealable interlocutory order or final judgment, this court has no jurisdiction over this appeal. *See Ogletree v. Matthews*, 262 S.W.3d 316, 319 n.1 (Tex. 2007); *Lehmann v. Har Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *Northeast Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966).

Accordingly, it is ORDERED that appellant show cause in writing **within fifteen days** of the date of this order why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines in this appeal are suspended pending further order of the court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court